Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 09 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN VINCENTE PATINO,<br><br>Defendant. | 1:24-CR-2002-SAB<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

The Grand Jury charges:

On or about October 30, 2023, in the Eastern District of Washington, the Defendant, MARTIN VINCENTE PATINO, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Jennings Model J-22, .22 caliber pistol, bearing serial number 447537, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation set forth in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, MARTIN VINCENTE PATINO, shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

- a Jennings Model J-22, .22 caliber pistol, bearing serial number 447537.

DATED this ___ day of January, 2024.

A TRUE BILL



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Courtney Pratten_
Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 2